IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA SMITH, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| ACCENTURE LLP AND ACCENTURE PLC, | § § § | CIVIL ACTION NO. 4:21-cv-03487 |
| Defendants, | § § § § | |

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Rule B.6 of the Court's Procedures and Practices, Plaintiff Melissa Smith and Defendants Accenture LLP and Accenture PLC hereby jointly advise the Court that the Parties have reached a settlement in this matter. The parties are finalizing the settlement terms and anticipate filing appropriate dismissal papers with the Court within sixty (60) days, if not sooner.

Plaintiff hereby withdraws her pending Motion to Compel (Doc. 18), and her July 19, 2022 Request for Promotion Conference, pending the dismissal of this matter.

Respectfully submitted,

*/s/ Shafeeqa W. Giarratani*
Shafeeqa W. Giarratani
Texas Bar No. 24051493
Shafeeqa.Giarratani@ogletree.com
Kathleen J. Sanz
Kathleen.sanz@ogletree.com
Texas Bar No. 24119280
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile:  (512) 344-4701

ATTORNEYS FOR DEFENDANT

*/s/ Connor Throckmorton (with permission)*
Connor Throckmorton
Texas Bar No. 24103965
connor@throckmortonlaw.com
Throckmorton Law Firm PLLC
5850 San Felipe Street, Suite 500
Houston, Texas 77057
Telephone: (713) 400-6173
Facsimile: (713) 583-8380

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to the following counsel of record:

Connor Throckmorton
Throckmorton Law Firm PLLC
5850 San Felipe Street, Suite 500
Houston, Texas 77057
connor@throckmortonlaw.com

*/s/ Shafeeqa W. Giarratani*
Shafeeqa W. Giarratani